# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### RECORD OF PROCEEDINGS AND JUDGMENT

**UNITED STATES OF AMERICA,**  ) CASE NO. __07MJ1230__
                               )
                vs.            ) COMPLAINT FILED: __05/31/07__
                               )
**MELINA SANTANA**             ) Tape No: __RBB07-1:10:53-11:31__

**VIOLATION:** CT 1: 18 USC 656 - MISAPPLICATION OF FUNDS BY BANK EMPLOYEE (MISD)

**PROCEEDINGS:**                                   **DATE:** __06/13/07__

__x__ Defendant informed of charges, right to trial and right to counsel.

__x__ Attorney: FEDERAL DEFENDERS BY JOSEPH MCMULLEN

__x__ Filed "Consent to be Tried by U.S. Magistrate Judge"

**PLEA:** __x__ Guilty on Count 1

### JUDGMENT AND COMMITMENT

__x__ Defendant adjudged guilty on count 1

__x__ Penalty Assessment of $25.00 - REMITTED

__x__ Fine of $_____   __X__ Waived   ____ Within_____

____ Committed to the custody of the Bureau of Prisons for imprisonment for a period of _____.

__X__ UNSUPERVISED Probation for a period of __18 MONTHS__ on condition

__X__ she obey all laws Federal, State and Municipal;
__X__ she comply with all lawful rules and regulations of the Probation Department;
__X__ she not possess any narcotic drug or controlled substance without a lawful medical prescription;
__X__ she not possess any firearm or other dangerous weapon.
____ Upon completion of restitution payments, probation may become unsupervised.

FILED
JUN 1 5 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

   IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

*Ruben Brooks* (signature)
Ruben B. Brooks
United States Magistrate Judge

# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.   MELINA SANTANA        [1]        07MJ1230

                          []                          []

The Honorable:   RUBEN B. BROOKS

Atty   FEDERAL DEFENDERS, By JOSEPH MCMULLEN        for   [1]   -   PDA

Atty   _____        for   []   -

Atty   AUSA: DAVENE FINNEL        for   []   -

NTA: 6/13/07
F/A: 6/13/07
RBB 07 -1: 10:53-11:31 (Tape #)

CASE REASSIGNED TO JUDGE BROOKS
DEFT ARRAIGNED & GUILTY PLEA ENTERED.
COURT ACCEPTS GUILTY PLEA AND SENTENCES TO 18 MONTHS UNSUPERVISED PROBATION ON CONDITIONS AS SET FORTH IN THE JUDGMENT AND COMMITMENT.
S/A - REMITTED.  FINE WAIVED.

Date:   06/13/07                                         by   VTL for RAB

END OF FORM